# EXHIBIT 1



# WISCONSIN DEPARTMENT OF CORRECTIONS
Governor Tony Evers / Secretary Kevin A. Carr

## Division of Adult Institutions

**DATE:**    August 2, 2023

**TO:**    Persons in Our Care (PIOC)

**FROM:**    Wendy Monfils, DAI Management and Budget Director

**SUBJECT:**    Tablet contract extension and next tablet contract

The current DOC tablet/kiosk contract is expiring soon. The DOC is actively in discussions with a vendor that was awarded the communication contract via a competitive process conducted by the National Association of State Procurement Officials (NASPO). DOC has not entered into a contract with a vendor yet, and therefore the terms and effective date of a new contract have <u>not</u> been finalized.

The current tablet contract has been extended to continue tablet access while DOC develops a new contract and works through the logistics of the next tablet service with a new vendor. The market has changed drastically since the original contract and the vendor has negotiated higher prices under their new contract with the National Association of State Procurement Officials (NASPO).

Effective September 1, 2023, the new <u>base</u> rates for services on the current tablets will be:
- Music subscription:    $10/month
- Podcasts:    $2
- Movie Rental:    $4
- Games:    $1 - $4
- Messages:    $0.15/message

The DOC's goal for the next tablet contract is for all PIOC to have access to a tablet at no cost, enhancing communication, education, entertainment options while also streamlining operations and improving the utilization of resources. As part of the contracting process, DOC will review the vendor-offered services to determine which best provides these options at a reasonable cost. It is the DOC's intent to keep costs as low as possible.

The DOC is also aware of concerns regarding purchased content on existing tablets. When the current contract started, purchased content was all that was offered, but now most vendors rely solely on subscription-based models. There are licensing and copyright issues restricting content transfer from one vendor's device to another. Please understand that is outside of the control of the DOC and the tablet provider. DOC is looking at options to address the purchased content concern. Please keep in mind when purchasing tablets and content under the current vendor, they will not be supported after your site transitions to the new tablet program and vendor.

As with all of our contract negotiations, the DOC has the best interests of PIOC in mind, as well as the operational needs related to the services provided. Additional information will be communicated once the new tablet contract and transition plan is developed.



# WISCONSIN DEPARTMENT OF CORRECTIONS
## Governor Tony Evers / Secretary Kevin A. Carr

### Division of Adult Institutions

DATE:        October 26, 2023

TO:          All Persons in Our Care (PIOC)

FROM:        Sarah Cooper, Administrator  *Sarah Cooper*
             Division of Adult Institutions

SUBJECT:     Tablet Contract

---

The DOC is entering into a contract with ICSolutions, via the National Association of State Procurement Officials (NASPO), for tablets. Additional details about the services that are available on the tablets and the cost for those services will be shared as we get closer to implementation of the new tablet program. With this new contract, all PIOC will be issued a tablet to use. There will be some no-cost services available on the tablets, and some services that can be purchased to be used on the tablets; enhancing communication, education, and entertainment options for PIOC. The DOC has the best interests of the PIOC in mind and our intent is to keep costs for the purchased tablet services at an affordable price.

The start date and duration of the roll-out of the new tablets and services is unknown at this time. The DOC is in the process of developing plans for infrastructure upgrades needed for the new tablet program at all facilities. The roll-out of the new tablets will be implemented in phases and the current tablets will be active at each facility until the roll-out is complete for that facility. We wanted to share the information we do have with everyone to keep you informed. Below is the current outline of the phases for the roll-out. This outline is tentative and may change; however, it gives staff and PIOC an idea of where each institution is on the schedule.

Group 1:  WCI, OSCI, GBCI

Group 2:  CCI, DCI, WSPF

Group 3:  NLCI, JCI, SCI

Group 4:  KMCI, FLCI, RGCI

Group 5:  OCI, PDCI, CVCTF

Group 6:  MSDF, RCI, RYOCF

Group 7:  WWCS

The DOC is aware of concerns regarding purchased content on existing tablets. When the current contract was implemented several years ago, purchased content was all that was offered. Now, vendors offer subscription-based models, which is what we will have with the new contract. DOC is looking at options to address the purchased content concern and no decisions have been made at this time. Please keep this in mind when making the decision to purchase tablets and content going forward, as they will not be supported with the new contract.

Until each site moves to the new ICSolutions contract, the current contract with Keefe/ATG is in effect. Keefe/ATG has informed us the current model of tablet (Score 7C) is no longer available for purchase. The newest model is now available (Score 7T) at a cost of $137. Flyers will be distributed to each site with information on the new tablet model. Any outstanding orders with ATG for tablets will be returned to the institutions for PIOC to place an order for the new Score 7T model.

We appreciate your patience while we transition through the contracts for tablets. Additional information will be shared as decisions are made.



# WISCONSIN DEPARTMENT OF CORRECTIONS
Governor Tony Evers / Secretary Kevin A. Carr

## Division of Adult Institutions

DATE:       January 24, 2024

TO:         DAI Staff and Persons in Our Care (PIOC)

FROM:       Wendy Monfils, DAI OMB Director and
            Tablet Implementation Team

SUBJECT:    Tablet Status Update

DAI will continue to provide information and monthly updates during the tablet program transition.

As indicated previously, the transition will occur in phases. Revised roll-out schedule is noted here:

| Group | Site/s | Go-Live Estimated Date |
|-------|--------|------------------------|
| 1 | SBPCC/GBCI | 3/5/24 |
| 2 | WCI | 3/12/24 |
| 3 | OSCI | April 2024 |
| 4 | WSPF/PDCI | April 2024 |
| 5 | CCI, OCI, OCC, TCC, RGCI, NLCI | TBD |
| 6-11 | Additional sites will post in future communication | TBD |

Information/updates:
- Every PIOC will be issued an ICS tablet from their assigned site. One set of earbuds and charger will be provided when issued the ICS tablet for the first time.
- PIOC will retain their ATG tablet until ICS tablets have been issued at all DAI sites and WRC.
- Sites will stop processing disbursement requests for the purchase of ATG tablets.
- Unused ATG media credits will transfer to the ICS tablet account. Therefore, ATG media credits do not need to be "used up" prior to transition to ICS tablet.
- ATG purchased content and ATG tablet options continue to be discussed.
- Continuing to purchase ATG content will not be supported under the new vendor tablet contract.
- ICS will replace the current weekly $.50 credit with three (3) free message credits each week. Unused message credits will not roll-over to the next week and there is no "cash value".
- The ICS flyer announcing the new tablet services and rates will be posted in the very near future.
- There are three entertainment options…free, standard and premium.
- The tablet has the capability to place outgoing phone calls, send and receive ecards/messages and receive photos. Video visits will not be a service on the tablets.
- In addition to entertainment options, the new tablet will increase access to various institution services/communication. Tablet services that may be offered in the **future** might include receiving mail, printing capability, ordering canteen, submitting department requests/forms/grievances and accessing the law library.
- Institutions will continue to determine the site's allowable areas and times for tablet use along with phone procedures in the common areas and on the tablets.
- More information to come.



# WISCONSIN DEPARTMENT OF CORRECTIONS
## Governor Tony Evers / Secretary Kevin A. Carr

## Division of Adult Institutions

DATE:      February 14, 2024

TO:        DAI Staff and Persons in Our Care (PIOCs)

FROM:      Wendy Monfils, DAI OMB Director and
           Tablet Implementation Team

SUBJECT:   Tablet Status Update - February

As shared previously, DAI will provide information and monthly updates during the tablet program transition.

Roll-out schedule:

| Group | Site/s | Go-Live Estimated Date |
|-------|--------|------------------------|
| 1 | SBPCC/GBCI | 3/5/24 |
| 2 | WCI | 3/11/24 |
| 3 | OSCI | April 2024 |
| 4 | WSPF/PDCI | April 2024 |
| 5 | CCI, OCI, OCC, TCC, RGCI, NLCI | TBD |
| 6-11 | Additional sites will post in future communication | TBD |

- DOC partnered with ICSolutions to offer a variety of options in addition to its standard pay-per-minute profile. Considering PIOCs have varied income sources and account balances, we recognize the benefit of offering different price points and level of services. Please see attached service/cost sheet.
- The new tablet program is different from the current tablet service in several ways. The most significant difference is PIOCs will be assigned a tablet at no cost. An ICS charger and earbuds will also be provided when the ICS tablet is issued for the first time. The charger and earbuds will become the PIOC's property. The tablet is considered state property.
- As noted above, three sites will transition to the ICS Bridge tablet in March. Additional details will be shared with those sites during the go-live event.
- Those with an ATG tablet will keep the ATG tablet along with the new ICS tablet until all DAI sites have made the transition. The ATG tablet will remain active for approximately 45 days from the last date the tablet was sync'd with ATG.
- No decisions have been made regarding purchased content and/or tablet. Discussions continue.
- Family/friends will need to create a Getting Out account to send/receive messages to the ICS tablet. Attached is information regarding that process. The new messaging information will also be posted for family and friends at icscorrections.com and doc.wi.gov.
- Please advise your family and friends not to close their ATG messaging account with CorrLinks until all sites have transitioned to the ICS Bridge tablet. You will be advised when the transition is complete.
- Plan accordingly with family and friends for sending messages as you approach your transition date. Messages may get lost if they do not reach your account prior to the cut off. No refunds will be given.
- This memo serves as another reminder to stop purchasing tablets and adding content from ATG.
- More information will be forthcoming in the March update.



# ICSolutions Tablet Services

## Tablet Applications

- **Phone Calls:** Outgoing calls
- **Contacts:** Persons that accepted invitation to communicate
- **Messaging:** Secure electronic messaging
- **Photo Gallery App:** Place to store photos sent electronically from family and friends
- **Tablet Help:** User guide, FAQ, and ICS Terms & Conditions
- **Dictionary:** Merriam-Webster
- **Calculator:** Basic function calculator
- **Account Info:** Trust account balance & ICS account activity
- **Documents & Facility Info:** Facility information documents, memos, handbooks and acknowledgement
- **Basic App Access Pass:** 500 minutes, 50+ Basic Games, movies, etc., this library is different and smaller than the standard and premium profile.
- **Standard Profile:** Includes messaging, audio books, podcasts, music channels, news, sports, wellness, classic movies, anime and a selection of games
- **Premium Profile:** Includes messaging, premium movie selections, 100 hours of TV and movies in English and Spanish, music videos and concerts, VP Sports, VP Games and *Wowsee* Games
- **Law Library Access:** Access to case law, statutes, regulations, and appellate level cases.
- **Basic Education App:** Basic educational programs such as *Cypherworx and Honest Jobs*
- **E-Books:** Access to a library of digital books including religious & self-help
- **Audiobooks:** A library of audiobooks
- **Podcasts:** A library of episodic audio files
- **News & Sports Content:** Access to a selection of RSS feeds with news, entertainment, sports, etc.
- **Games Center:** Access to authorized games
- **Movies/Video On-Demand:** Access to a library of movies & video features
- **Stingray Music Subscription:** Monthly subscription to a library of artists, songs and genre larger than the "basic" app or radio; similar to Pandora.
- **VP Music Subscription:** Monthly subscription to the largest and diverse library of artists, songs and genre; similar to Apple Music.
- **Music:** Access to music videos, music and radio

## Free Profile Access

| Account Info | Contacts |
|---|---|
| Audiobooks | Books |
| FM Radio | Notices |
| Facility Information | Help |
| Photo Gallery | News |
| Religious Library | Phone Dialers |
| Law Library | Chess |
| Solitaire | Calculator |
| Education | PREA Information |

## Paid Profile Subscriptions*

- **Standard** profile use: $0.03 per minute
- **Premium** profile: $0.04 per minute
- **Basic** Access Pass (500 minutes): $10.00
- Stingray Monthly Music Subscription: $18.00
- VP Monthly Music Subscription: $35.00

## DOC Resident Communications

- **Phone Calls:** $0.06 per minute for *Domestic calls International call* rates vary by country, plus taxes and communication commission fees
- **Messages:** $0.15, after the resident sends three weekly messages
- **E-Cards:** $0.15 per e-card
- **Print Message:** $0.25 per black/white message
- **Print Photo:** $0.65 per color printing

## Friend & Family Communications

- **Messages:** $0.15 per message
- **Photos:** $0.15 per photo, only friend/family may send photos
- **E-Cards:** $0.15 per e-card

Movie and music content are radio/TV edited; curated and approved for correctional environments. Content does not contain advertisements.

A tablet will be issued to DOC residents for use in general population status.

* Pricing and services are subject to change. Content and services may change without notice.



## Frequently Asked Questions (FAQ) - ICSolutions Tablet Program

**Why is DOC no longer using the ATG tablets?**

The ATG contract expired. DOC awarded the new tablet contract to ICS Solutions. The DOC partnered with ICSolutions to offer a variety of new options on the tablet to include a telephone feature, more current game options and simplify the method for staff and institution communication to occur electronically. Considering PIOCs have varied income and account balances, the vendor is offering different price points and levels of services. Additionally, this change in tablet vendors allows all persons in our care to be assigned a tablet at no cost to them, with the hope that this will increase accessibility and communication with friends and families (F&F).

**When will the ICS tablets be distributed?**

The ICS tablets will be rolled out in a phased approach by institution. A schedule is being developed for monthly deployment. The first sites to receive the new ICS tablets are Sanger B. Powers Correctional Center, Green Bay Correctional Institution and Waupun Correctional Institution in March 2024. Oshkosh Correctional Institution, Prairie Du Chien Correctional Institution and Wisconsin Secure Program Facility will receive ICS tablets in April 2024. The roll-out schedule is posted at the sites and will be updated as changes are made.

**What will happen with previously purchased content once the ICS tablet is received?**



A decision has not been made regarding previously purchased content. However, only previously purchased content (music & games) and subscriptions will continue to be available on the tablet for approximately 45 days from the date it was last sync'd with the ATG server. If you are in a RHU status, you may not have the access to sync your tablet prior to removal of the ATG server/Kiosk. Personal contact information will not be available on the ATG tablet during the 45-day period.

**What should I do with my ATG tablet?**

ATG tablets may remain in your personal property until the last site in DAI has received the ICS tablet. Additional instructions will be provided as that date approaches. Should a transfer occur to a site that has not transitioned to the ICS tablet, you will be able to sync to the ATG server to access ATG services again.

**What will happen if I transfer to a site without ICS tablets and I purchased a 30-day ICS subscription?**

The ICS tablet will not work if the site has not issued the ICS tablets yet. Submit a request to your new site's business office to request a prorated refund from ICS.

**Will the ATG Kiosk remain at the institution after the site receives the ICS tablet?**

No, the ATG kiosks will be removed from the site within 2-7 business days after the institution has distributed the ICS tablets.

**Can F&F directly fund ICS tablet services?**

Similar to the ATG tablet, friends/family cannot purchase services for the PIOC to use on the tablet. F&F will still be able to deposit funds to your trust account. You have the choice to use those funds for phone, video visitation or tablet services.

**What is the website my F&F use to set up a messaging account?**

Gettingout.com

© Inmate Calling Solutions, LLC DBA ICSolutions 2024. All rights reserved.            Confidential/Proprietary Information

 **Frequently Asked Questions (FAQ) - ICSolutions Tablet Program**

**How does my F&F create a GettingOut account? Are there support options or resources available if they need help creating an account?**

A step-by-step guide on how to set up a GettingOut account can be found at
www.icscorrections.com/facilities/wi_doc_ics.html

Additional ICS resources and information can be found on the
https://doc.wi.gov/Pages/OffenderInformation/AdultInstitutions/AdultFacilities.aspx page.

**Will F&F need to put funds on the GettingOut account to send messages?**

Yes, F&F will need to fund the GettingOut account to send messages to those with an ICS tablet. ICSolutions is testing software that will allow F&F to utilize their current ICSolutions prepaid account to send their messages in addition to paying for their phone calls and video visits.

**How do I send a message to invite F&F?**

Go to the free profile, contact list, and follow the instructions. You will need to enter your contacts email address. You are limited to adding 5 contacts in a 24-hour period.

**Will my contact information continue to be available after the transition?**

No, you will want to write down your contact's info if it is stored on the ATG tablet before you receive the ICS tablet. This information will not be available after the ICS tablet is handed out.

**How do F&F add me as a contact?**

F&F will need to download the GettingOut app on their device. Click contacts at the bottom of the app. At the top of page, click add a contact. Select country, state and facility. Enter contacts name, select the individual and send the invitation. All parties will accept or be able to block the contact invite.

**How will F&F know when to utilize the new GettingOut messaging account vs. the CorrLinks account? Should they close the CorrLinks account once the ICS tablet is issued?**

CorrLinks accounts should remain open at this time. Once all Division of Adult Institution sites have transitioned to ICS tablets, a notice will be posted relating to the handling of CorrLinks accounts and previously purchased tablets. PIOCs are responsible for notifying F&F when their site is transitioning to the ICS tablet.

**What happens if I accidentally send a message through my CorrLinks account after the ICSolutions tablet transition has taken place?**

A message received or sent through your CorrLinks account after the transition has occurred will not be received by the recipient and there will be no refund for the message. You will not be able to access CorrLinks messages after the site has transitioned to ICS tablets. Plan accordingly with your loved one as the site's transition date approaches.

**Will I be able to message staff?**

Yes, messaging department staff may be available at your site. You will find the available department mailboxes in the free profile under the Request tab and pick a form within the tablet. Select the appropriate recipient and complete your message. Please allow 5-7 business days for a response. Staff messaging is limited to 500 characters.

**How do I transfer trust funds to pay for tablet services?**

You will use the same ICS Debit account and method that you use currently to fund your phone calls.

© Inmate Calling Solutions, LLC DBA ICSolutions 2024. All rights reserved.    Confidential/Proprietary Information



# Frequently Asked Questions (FAQ) - ICSolutions Tablet Program

**Can the access pass be purchased only once a month?**
If the 500 minutes are used within the 30-day period, another Basic Access pass may be purchased and starts the 30-day clock over. The basic access pass for 500 minutes of time must be used within 30 days from purchase.

**Can the Basic Access Pass, Stingray Unlimited Music subscription and the VP unlimited music subscription be purchased at the same time?**
Yes, you can purchase more than 1 at a time.

**Can a Monthly Music Subscription be purchased at the same time as the Standard and Premium Profiles?**
Not at this time.

**Can I get a refund for a subscription if I change my mind?**
No. once you choose to purchase a subscription, you have access to that content for 30 days.

**Is a plan needed to purchase messaging?**
No there is no plan for messaging. Sending a message costs $0.15 after the PIOC sends three free weekly messages regardless if you are sending messages on the Free profile or under a paid profile. Unused free messages will expire Mondays at 8am (CST).

**Can I message while listening to music and is there a message character limit?**
The character limit for F&F messages is 2000. Access messaging and photos under the free profile. However, messaging may also be accessed while also using a paid profile., i.e. you can write a message while listening to music.

**Why does the free profile display a number of available minutes to be used?**
The free profile usage time is unlimited. Once the time displayed is used, the minutes will restart.

**What happens to the unused media credits I had on the ATG tablet?**
Those funds will be transferred to your ICS Debit account to be used for ICS services (phone, video visitation and tablet services). The unused media credits will be moved to your ICS Debit account approximately the first business day of the month after the institution transitions to the ICS tablets.

**Will Video Visitation be available on the tablet?**
It will not. Video visitation will continue to be available on the video visit units only.

**Why am I charged when I am just looking at the apps and not using one yet after clicking start?**
The billing begins when you press start, not when you are just browsing the apps. You are able to browse the apps before pressing start by clicking "see Details".

**On the Pluto app, when I select certain content, why won't it play?**
Certain genres, such as Late Night or Dark Hours, contain restricted content and is therefore not playable. If you make a selection and the content doesn't play, that content has been restricted. Please exit.

**In the Pluto app, while watching a movie or show, why do I stop seeing the content and see a spinning icon?**
This is where a commercial is likely to be shown to those not incarcerated.

---

© Inmate Calling Solutions, LLC DBA ICSolutions 2024. All rights reserved.          Confidential/Proprietary Information



**ICSolutions**
*Advanced Technology*
*A Keefe Company* **Frequently Asked Questions (FAQ) - ICSolutions Tablet Program**

---

**Why did my funds get taken out of my account when I only used the tablet for a couple minutes?**
Funds are held in increments of 3 hours. Once you log out, any funds not used will be returned to your ICS Debit Communication account. This process may be changing.

**Logging out of Paid Profile**
Be sure you log out of paid profiles when not using it or you will be charged. Either press the power button on the left side of the tablet once or slide your finger down from the key in the top left corner of the tablet screen; tap the logout tab and if it doesn't say Bye! You are still getting charged. Don't just set the tablet down, you will be charged for that time.

**Will the phone rates change?**
Below are per minute rates for calls. In addition to per minute rates, all calls are charged applicable taxes and fees, as the current system does now. International calls will now be allowed on the inmate phone system, but the inmate must have the funds available in their debit account to pay for the call. PIOCs receive two free phones calls weekly. *Note: Unused free phone calls will expire on Saturdays at 6 pm (CST).*

One party is charged for the cost of the phone call.
- In state/Out of state/US Caribbean calls – $.06 / minute plus applicable fees and taxes.
- Canada -- $0.11 / minute plus applicable fees and taxes.
- Mexico – $0.20 / minute plus applicable fees and taxes.
- Other international call rates will vary by country. You will receive per minute rates, plus applicable fees and taxes prior to the call.

**Are there phone limitations?**
- All telephone calls will be 20 minutes in length and will require a 20-minute break between completed calls. This will also apply to the dayroom/wall phones.
- The tablet phone feature will not be available during the following times:
  - ✓ Mon. – Thursday 10pm- 6am and Friday/Saturday Midnight- 6am.
  - ✓ 15 minutes prior to the count time and 15 minutes after the count time.
  - ✓ ICS outage due to maintenance or upgrades.

**Can I order Canteen using the tablet?**
If you currently place canteen orders using the phone, it will also be an option on the tablet phone feature. If your site uses only the bubble sheets for ordering, you will be able to use the phone tablet feature for ordering within a month of the transition to the ICS tablet. Check at your institution for a specific date. After the new commissary contract is awarded, there will be a vendor app for ordering and reviewing the menu on the tablet.

**Will the tablet phone calls be recorded?**
Yes, unless you have an approved DOC 1631 Add/Delete Attorney. Approved attorney calls will not be recorded the same as they are on the dayroom/wall phones. *Note - The first time you enter the tablet phone application, a prompt will ask if you agree to the calls being recorded. If you say NO, you will not be able to use the phone feature on the tablet.*

**Having issues with your tablet?**
Power down the tablet by pressing the left power button at the same time as pressing the top portion of the volume button on the right side of the tablet until the screen goes black to do a hard re-set. If issues persist, communicate the issue to the designated site contact person whom will review and determine appropriate follow-up. Unit staff should be able to tell you the site contact.

---

© Inmate Calling Solutions, LLC DBA ICSolutions 2024. All rights reserved.    Confidential/Proprietary Information



# Frequently Asked Questions (FAQ) - ICSolutions Tablet Program

## Will I be responsible for tablet replacement costs?

Damages or a pattern of damages is determined, the PIOC will be responsible for a replacement cost via the disciplinary process. Cost is $250.

## Can I print electronic photos and messages?

You may request printing of approved photo and messages at a cost. Printing of photos and messages will be charged directly from ICS Communication account at time the request is made on the tablet. Messages printed in black and white cost $.25. Photo printing costs $.65. They will be printed in color and on standard paper.

## When I request a photo or message to be printed, when should I expect to receive it?

You will need to rely on your facility's procedure for printing and delivery of the content. The printing requests may be reviewed and processed on a weekly basis at the site.

## How do I get a replacement charger and earbuds?

You are responsible for purchasing replacement chargers and earbuds (headsets as well if you were issued one through an ADA accommodation). The charger and standard earbuds with mic are available for purchase at the institution. Submit a disbursement to the Property Department with the institution as the PAY TO. The pricing for these items is subject to change without notice. The current pricing is as follows: Charger $6, standard earbud with mic $2, ADA headset $6.

The request may take 3-5 business days to process.

Premium headsets and earbuds are available for purchase through the property vendor catalogs. The vendor flyer is located on the tablet. Must follow property limits.

## Who owns the ICS Bridge Tablet?

ICS tablets are state property. ICS tablets shall be returned to the facility upon release or transfer to another facility. The resident shall retain the charger and mic earpiece for use at the next facility.

© Inmate Calling Solutions, LLC DBA ICSolutions 2024. All rights reserved.          Confidential/Proprietary Information



Entertainment gives you access to various forms of entertainment right from the tablet!

¡Entretenimiento te da acceso a varias formas de entretenimiento directamente desde la tableta!



The Tablet Phone App allows you to make phone calls right from the tablet!

La aplicación Tablet Phone le permite realizar llamadas desde su tableta.



PREA Information allows you to learn information about the Prison Rape Elimination Act (PREA).

La información de PREA le permite obtener información sobre la Ley de Eliminación de Violaciones en Prisión (PREA, por sus siglas en inglés).



Messages are short, digital conversations, and are an easy way to chat with your loved ones.

Los Mensajes son conversaciones digitales cortas, y una manera realmente fácil de platicar con sus seres queridos.



**WHAT CAN YOU DO ON THE TABLET?**



**Limit 5 per day**

Digital Request to staff is an easy way to communicate and get information to and from the facility.

**Límite de 5 por día**

Los Solicitud Digital al personal son una manera fácil de comunicarse y obtener información hacia y desde las instalaciones.



Photo Sharing and Video Messaging lets your friends & family share special moments and occasions with you.

Compartir fotos y mensajes de video permite a tus amigos y familiares compartir momentos y ocasiones especiales contigo.



Wellness allows you to easily manage your wellness.

El bienestar le permite gestionar fácilmente su bienestar.



Education gives you access to things like basic education, GED prep and life skills.

La Educación le da acceso a cosas como educación básica, preparación para el GED y habilidades para la vida.



For more details about creating a GettingOut.com account, go to:
https://icscorrections.com/docs/GettingOut_Instructions_ICS.pdf or go to:
https://doc.wi.gov/Pages/OffenderInformation/

Para obtener más información sobre cómo crear una cuenta GettingOut.com, visite:
https://icscorrections.com/docs/GettingOut_Instructions_ICS.pdf o vaya a:
https://doc.wi.gov/Pages/OffenderInformation/



Tablet Help is an app on the free profile with helpful tips on how to use the tablet.

La Ayuda para Tableta es una aplicación en el perfil gratuito con consejos útiles sobre cómo usar la tableta.

---

Help your friends and family deposit funds into their GettingOut account by having them follow these instructions.

**1 | Create Account**
Send your friends and family to www.GettingOut.com/Create-Account

**2 | Deposit Funds**
Send your friends and family to www.GettingOut.com/Deposit-Funds



> Your Friends & Family must deposit funds into their GettingOut account and you must deposit funds into your same ICS Debit account that you use for phone calls to connect.

**3 | Connect**
Once funds are in both their Friends & Family GettingOut account and your ICS Debit account, you can start communicating with each other. Extra funds in your ICS Debit account also gives you access to other paid tablet services, like music, movies, games & more!

Ayude a sus amigos y familiares depositar fondos en su cuenta de GettingOut haciendo que sigan estas instrucciones:

**1 | Cree una cuenta**
Pida a sus amigos y parientes que visiten www.GettingOut.com/Create-Account

**2 | Fondos de Depósito**
Pida a sus amigos y parientes que visiten www.GettingOut.com/Deposit-Funds

> Sus amigos y familiares deben depositar fondos en su cuenta GettingOut y usted debe depositar fondos en su misma cuenta de débito ICS que utiliza para llamadas telefónicas para conectarse.

**3 | ¡Conectar!**
Una vez que los fondos estén en su cuenta de GettingOut de Amigos y Familia y en su cuenta de débito ICS, puede comenzar a comunicarse entre sí. Los fondos adicionales de su cuenta de débito ICS también le dan acceso a otros servicios de pago para tabletas, como música, películas, juegos y mucho más.





# How to Assign and Use Bridge Tablets

## Assigning a Tablet

1. Tap **ASSIGN TABLET** on the lower left side of the screen. The *Get Started* page is then displayed.



2. You are prompted to enter your DOC number twice. Then tap **LOG IN**.



3. The *Terms of Service* page is displayed. Read the *Terms of Service*, and tap **START** to proceed.



4. Tap **Take Photo Signature**.

5. You will now be instructed to blink and smile. Once the camera has detected your face, the camera will now take a photo.



6. You are then asked if you want to use this photo or take another. When you are satisfied with the photo, tap **I ACCEPT**.

7. Tap **OK** to complete the tablet assignment and you are logged out.

8. When you log back in, the tablet will display a different background color pattern as visual verification the tablet is assigned. Your name and photo are displayed in the upper right corner of the tablet screen. The tablet is now assigned to you.

9. When the tablet is first assigned, expect a delay for all content to download.

10. Each DOC resident will be responsible for the tablet provided to them for use and shall adhere to state issued property policies.

© Inmate Calling Solutions, LLC DBA ICSolutions 2024. All rights reserved.        Confidential/Proprietary Information



**ICSolutions**
Advanced Technology
A Keefe Company

# How to Assign and Use Bridge Tablets

## The ICS Bridge Tablet
### How do I use it?

✓ Power the tablet **On** by pressing the **power button** on the left side of the tablet. *Be sure the tablet is charged prior to powering the tablet on.*

✓ •To log into the tablet, enter your DOC number into the **PIN** field.

✓ •Position the camera capturing your face, you may have to blink and smile or move your mouth until the **Log In** button turns *GREEN.*

✓ When the **Log In** button is green, tap the button, and enter your 4-digit phone PIN. This is the last four numbers of the PIN you use to make phone calls.

   *Note: If you don't know your phone pin, contact staff and they can provide it.*

✓ Users must acknowledge the terms and conditions at each log in.

✓ There are 4 profiles available to access tablet services/applications:

   • Applications under the **FREE** profile are available at no cost.

   • Applications under the **Basic** profile are available per minute under the Access Pass

   • Applications under the **Standard** Profile are available at a cost of 3 cents per minute.

   • Applications under the **Premium** Profile are available at a cost of 4 cents per minute.

   *Note: At this time, you cannot purchase more than one paid profile at a time. This may change in the future.*

✓ •Viewing the available options under the paid profiles is free. Billing starts when the **Start** button is pressed.



• **To end the billing,** you must **log out** of the profile. Be sure you log out of paid profiles when not using it or you will be charged. Either press the power button once on the right side of the tablet or slide your finger down from the key in the top left corner of the tablet screen; tap the login active tab and press disconnect. Don't just set tablet down while in the paid status, you will be charged for that time.

✓ Then log back in under a different profile.

✓ A tablet *User Guide* is located on the tablet under the *Help* section in the *Free* profile.

✓ The character limit for messages is 1500. Messaging and photos should be accessed under the *Free* profile. Messaging may also be accessed while also using a paid profile, i.e. you can write a message while listening to music.

✓ The ICS account balance will appear at the top of the tablet after logging in. The key icon in the top left corner of the screen indicates you are in a paid profile.

✓ A vendor-specific charger is included with the first Bridge ICS tablet the DOC issues to the resident. Replacement charging cords are at the resident's expense. This is the same for earbuds.

✓ **First time you enter the phone application, a prompt will come up asking if you agree to the call being recorded. If you say *no*, you will not be able to use the tablet as a phone.**

✓ Tablets shall be returned to the facility upon release or transfer to another facility. The resident shall retain the charger and mic earpiece for use at the next facility.

✓ If your tablet does not turn on or is not working properly, notify the mail and property staff.

© Inmate Calling Solutions, LLC DBA ICSolutions 2024. All rights reserved.          Confidential/Proprietary Information